CATHOLIC YOUTH ORGANIZATION (CYO) and Aetna Insurance Company.

No. 48940.

Nov. 10, 1967.

Writ refused. On the facts found by the Court of Appeal the result is correct.

203 So.2d 559

Leona STOLTZ

v.

Joseph M. McCONNELL.

No. 48934.

Nov. 10, 1967.

Writ refused. The result is correct.

203 So.2d 560

STATE of Louisiana ex rel. Leon BRENT

v.

Wingate WHITE, Warden of Louisiana State Penitentiary.

No. 48974.

Nov. 10, 1967.

Writ refused. The ruling complained of is correct.

203 So.2d 560

RECREATION AND PARK COMMISSION FOR the PARISH of EAST BATON ROUGE

v.

AI H. GERMAN.

No. 48941.

Nov. 10, 1967.

The application is denied. There appears no error of law in the judgment complained of.

SANDERS, J., is of the opinion a writ should be granted to consider fully the question of historical value in expropriation proceedings in Louisiana, raised for the first time in this case

SUMMERS, J., is of the opinion the writ should be granted.